```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TIMOTHY BANKS,                     )
                                   )
     Plaintiff,                    )
                                   )          CIVIL ACTION NO.
     v.                            )           2:14cv951-MHT
                                   )                (WO)
WARDEN KARLA JONES and             )
THE ATTORNEY GENERAL FOR           )
THE STATE OF ALABAMA,              )
                                   )
     Defendants.                   )
```

                              ORDER

   On September 29, 2014, the United States Magistrate Judge filed a recommendation in this case to which no objections have been filed.  After an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

   Accordingly, it is ORDERED as follows:

   (1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

   (2) This case is hereby TRANSFERRED to the United States District Court for the Northern District of

Alabama, pursuant to the provisions of 28 U.S.C. § 2241(d).

This case is closed in this court.

DONE, this the 5th day of November, 2014.

                           /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE